**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 09-1524**

─────────

TIMOTHY BRYAN LARRIMORE,

    Plaintiff - Appellant,

  v.

STATE OF NORTH CAROLINA; ALL JUDGES; ALL DISTRICT ATTORNEYS;
ALL LAWYERS; ALL MAGISTRATES; ALL AMERICAN CIVIL LIBERTIES
UNIONS; ALL STATE BARS; ALL JUDICIAL STANDARDS COMMISSIONS;
ALL LOCAL BARS; ALL FEDERAL COURT JUDGES; ALL FEDERAL COURT
DISTRICT ATTORNEYS; ALL FEDERAL COURT MAGISTRATES; ALL
MASONIC LODGES; ALL SHERIFFS; ALL POLICE OFFICERS; ALL
BAILIFFS; ALL DEPUTIES; ALL LAW COLLEGES; ALL LAW
ENFORCEMENTS; ALL NORTH CAROLINA HOUSE OF REPRESENTATIVES
MEMBERS; ALL NORTH CAROLINA SENATE MEMBERS; ALL FEDERAL
BUREAU OF INVESTIGATION EMPLOYEES; ALL STATE BUREAU OF
INVESTIGATION EMPLOYEES; ALL BAR ASSOCIATIONS; ALL COUNTY
GOVERNMENTS; ALL COUNTY EMPLOYEES; ALL COUNTY COMMISSIONERS;
ALL MAYORS; ALL CITY GOVERNMENTS; ALL TOWN GOVERNMENTS; ALL
COUNTY ATTORNEYS; ALL CITY ATTORNEYS; ALL ELECTED
GOVERNMENT, FEDERAL, STATE, COUNTY, CITY, TOWNS; ALL ELECTED
GOVERNMENT OFFICIALS; ALL COLLEGE SORORITIES; ALL CLUBS,

    Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (7:09-cv-00037-D)

─────────

Submitted: August 26, 2009   Decided: September 1, 2009

─────────

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit
Judges.

─────────

Affirmed by unpublished per curiam opinion.

_____

Timothy Bryan Larrimore, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Bryan Larrimore appeals the district court's order dismissing his complaint as frivolous and imposing monetary sanctions and a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Larrimore v. North Carolina, No. 7:09-cv-00037-D (E.D.N.C. April 2, 2009). We deny Larrimore's pending motions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED